Copy Mailed to Pro Se Plaintiff of Record

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 6, 2020

# CANCELLATION NOTICE

The settlement conference scheduled for Monday, February 10, 2020, at 10:00 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of King v. Mount Sinai Health System, 18-cv-12003 (NSR) (LMS), has been *cancelled*.

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.