UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
**KENLYN KING,**                                              :

       **Plaintiff,**                          :        18CV12003 (LMS)

       -against-                                  :        **ORDER**

**MOUNT SINAI HEALTH SYSTEM,**                                :

       **Defendant.**                              :
-------------------------------------------------------------x
**LISA MARGARET SMITH, U.S.M.J.**

    The Court having been advised that all claims asserted in the above entitled action are settled,

    ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within twenty-one (21) days of the date hereof.

Dated: July 15, 2020
       White Plains, New York

                                 **SO ORDERED,**

                                 _____
                                 Lisa Margaret Smith
                                 United States Magistrate Judge
                                 Southern District of New York